UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JULIO PERALTO, *individually and on behalf* :
*of C.P.*, :
:
                        Plaintiffs, :        25-CV-1118 (VSB)
:
      - against - :        **ORDER**
:
NEW YORK CITY DEPARTMENT OF :
EDUCATION, *et al.*, :
:
                      Defendants. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The Court has received Plaintiffs' application for a preliminary injunction declaring that Student C.P.'s pendency placement for the 2024-2025 school year is at iBRAIN and includes C.P.'s related services. (*See* Docs. 7–8.)

      Accordingly, it is hereby ORDERED that Defendants respond to Plaintiffs' application no later than March 12, 2025.

SO ORDERED.

Dated: March 3, 2025
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge