UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO PERALTO, as Parent and Natural Guardian of J.D., and Individually,

Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1118 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 40 (the "Referral")). By **October 28, 2026**, the parties shall file a joint letter proposing next steps in this case in light of the Referral.

Dated: New York, New York
October 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**