UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO PERALTO, as Parent and Natural Guardian of J.D., and Individually,

Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1118 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 10, 2026 (the "Conference") to discuss the parties' competing requests to set a briefing schedule either on a motion for summary judgment or a motion to dismiss. (Dkt. No. 45). Following the Conference, the Court **ORDERS** the following:

1. By **December 10, 2026**, the parties shall file a joint letter updating the Court on the status of: (i) the appeal pending before the State Review Officer ("SRO") (SRO Appeal No. 25-370), and (ii) payment for the 2023-2024 and 2024-2025 school years.
2. The parties' competing requests to set a briefing schedule either on a motion for summary judgment or a motion to dismiss (Dkt. No. 45) are **HELD IN ABEYANCE**.

Dated: New York, New York
November 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**